FILED

06/30/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0234

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0234

**IN THE MATTER OF M.J.A.D.,**

A Youth in Need of Care.

**ORDER**

Upon consideration of Appellant's motion for extension of time, without objection, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including August 7, within which to prepare, file, and serve Appellant's opening brief on appeal.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 30 2023